**FILED**

DEC **0 6** 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 07CR00172-GT |
| Plaintiff, | ) |
| | ) **PROPOSED ORDER** |
| v. | ) |
| TERRY AVANT, JR., | ) |
| Defendant. | ) |

FOR GOOD CAUSE SHOWN, it is hereby ordered that Mr. Terry Avant, Jr.'s term of supervised release be terminated.

SO ORDERED.

Dated: _12 - 6 - 10_

**HONORABLE GORDON THOMPSON, JR.**
United States District Court Judge

07CR00172-GT